IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 1:10-cr-00287—AWI |
| Plaintiff, | |
| vs. | ORDER ON MOTION FOR JOINDER |
| ERIK CERVANTES-AGUILAR, | |
| Defendant. | |

AFTER REVIEW OF THE MOTION OF DEFENDANT ERIK CERVANTES-AGUILAR FOR LEAVE TO JOIN IN THE MOTION FOR DICOVERY AND THE MOTION FOR SPECIFIC KYLES AND BRADY INFORMATION, AND UPON GOOD CAUSE HAVING BEEN SHOWN, THE MOTION FOR JOINDER IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   September 29, 2011           _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

1