1  MARK W. GIRDNER
2  ATTORNEY AT LAW
   State Bar No. 224714
3  815 – 15th Street
   Modesto, CA 95354
4  (209)524-7600 / (209)524-6010 fax

5
   Attorneys for Defendant
6  Erik Cervantes-Aguilar

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:10-CR-00287-AWI-6
12 |              Plaintiff,           | JOINT STIPULATION TO
                                        CONTINUE STATUS CONFERENCE;
13 | v.                                | AND ORDER
14 | ERIK CERVANTES-AGUILAR,
15 |              Defendant.

16

17     IT IS HEREBY STIPULATED by and between the parties and through their respective
18 attorneys of record that the status conference hearing in the above-captioned matter now scheduled
19 for March 10, 2014, may be rescheduled for April 28, 2014 at 1:00 p.m.
20     This continuance is at the request of the parties to allow additional time for further review of
21 all discovery by defendant's attorney. Defendants attorney is completing review of all discovery
22 received so that he may explain and go over the discovery with the defendant. Upon full review,
23 defendant's attorney will go over the plea offer that we have received with the defendant in hopes of
24 resolving this case.
25     The parties agree that the delay resulting from the continuance shall be excluded because the
26 ends of justice served in granting such a continuance outweigh the best interests of the public and
27 defendant in a speedy trial.
28

///
///
///

IT IS SO STIPULATED.

DATED:  March 5, 2014                    /s/ Mark W. Girdner
                                         MARK W. GIRDNER
                                         Attorney for Defendant Erik Cervantes-Aguilar

DATED:  March 5, 2014                    /s/ Kathleen Servatius
                                         KATHLEEN SERVATIUS
                                         Assistant United States Attorney

<u>ORDER</u>

IT IS SO ORDERED that the 3rd Status Conference is continued from March 10, 2014 to April 28, 2014 at 1:00 PM before Judge McAuliffe.  Pursuant to agreement of the parties that Time be excluded, Time is excluded justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

IT IS SO ORDERED.

Dated:   **March 5, 2014**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE