1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            CASE NO. 1:10-CR-00287-AWI-6

12 |                 Plaintiff,            STIPULATION AND ORDER TO
                                          CONTINUE SENTENCING HEARING
13 |       v.

14 | ERIK CERVANTES-AGUILAR,

15 |                 Defendant.

16

17     IT IS HEREBY STIPULATED by and between the parties and through their respective

18 attorneys of record that the sentencing hearing in the above-captioned matter now scheduled for

19 November 17, 2014, may be rescheduled for February 23, 2015 at 10:00 a.m.

20     The defendant requests this continuance in order to permit defense attorney to meet with

21 defendant in regards to a matter pertinent to his sentencing.  This additional time will be used for

22 those purposes.

23 DATED: November 12, 2014          /s/ Mark W. Girdner
                                     MARK W. GIRDNER
24                                   Attorney for Defendant Erik Cervantes-Aguilar

25
   DATED: November 12, 2014          /s/ Kathleen Servatius
26                                   KATHLEEN SERVATIUS
                                     Assistant United States Attorney
27

28
                                          1

ORDER

IT IS SO ORDERED.

Dated:   November 13, 2014

_____
SENIOR DISTRICT JUDGE

2